USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 ____________________

Misc. No. 98-9005

 IN RE:

 BRIAN G. JUNG,
 Debtor.
 

 DANIEL BRITTON, ET AL.,

 Plaintiffs, Appellees,

 v.

 BRIAN G. JUNG,

 Defendant, Appellant.
 ____________________

 APPEAL FROM THE BANKRUPTCY APPELLATE PANEL

 OF THE FIRST CIRCUIT
 ____________________

 Before

 Torruella, Chief Judge,
 Selya and Stahl, Circuit Judges.

 ____________________

Mel Dahl on Motion for Waiver of Filing Fee for debtor.
James P. Keane and Keane & Klein on Motion for Waiver of Filing Fee for
appellee Daniel Britton.
Steven M. Brody and Brody, Jacobs & Fitzgerald on Motion for Waiver of
Filing Fee for appellees Robert and Peter Foster.

 ____________________

 May 5, 1998
 ____________________

 Per Curiam. Brian G. Jung seeks to appeal in forma
 pauperis from the bankruptcy court's ruling that his debt
 arising from a state housing court's judgment under Mass. Gen.
 Laws ch. 231, 6(f), is non-dischargeable under 11 U.S.C. 
 523(a)(6). For the reasons given in the Bankruptcy Appellate
 Panel's Order Dismissing Case, dated January 23, 1998, Jung's
 request to proceed IFP is denied and the appeal is dismissed.
 See 28 U.S.C. 1915(e)(2)(B)(i).